AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

, N.W.,

Washington, DC
Land Rover Freelander, D.C. tag #
N.W (box of papers)

**SEARCH WARRANT**

CASE NUMBER: **06 - 440 - M - 01**

TO: __RICHARD ESPINOSA__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __DETECTIVE RICHARD ESPINOSA__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

       Road, NW, Apartm         , Washington, DC, is a 6 story tan brick building that is located at the intersection of        Street and     Road, N.W. on the Southwest corner. The building is surrounded by a black metal fence that is approximately 6 feet in height. The building had the arabic numbers '     ' above the glass entry door. Apartment xxx is on the second floor of the building  Grey Green Land Rover Freelander bearing D.C. Tag C(    ), currently parked on level B-5 at xxx _____ ____N., Washington, DC. One box of papers and personal matters obtained from the work space of            obell at   t N.W.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___October 16, 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 16 2006 @ 2:30 PM            at Washington, D.C.
Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer            Signature of Judicial Officer

*UNITED STATES MAGISTRATE JUDGE*

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/16/06 | DATE AND TIME WARRANT EXECUTED<br>10/16/06 1730 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>on Counter of Property |
| INVENTORY MADE IN THE PRESENCE OF OFC Minor, #1552, OFC Fosso #1167 | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>Box Business records taken from hall closet entry way<br>1. Day Planner from Master bedroom<br>1. Amtrak ticket stub Dated 3 oct<br>Various Bank statements from BOA, Citi Bank, | | |

**FILED**

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    10/16/06
U.S. Judge or U.S. Magistrate Judge           Date

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/16/06 | 10/16/06 1510 | IN Prisoner Property Bag (1) |

**INVENTORY MADE IN THE PRESENCE OF** Ofc FEAZELL, L. #2451

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One Vehicle Key to Defendant's vehicle
1. Land Rover Key
1 - Key Remote for vehicle

**FILED**

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    10/16/06
U.S. Judge or U.S. Magistrate Judge    Date

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/16/06 | DATE AND TIME WARRANT EXECUTED<br>10/16/06  1600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF Tracey Melcha CPA Controller

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Box of Personal Items taken from office

Envelope containing personal Items take from Marcia Vehicle located - NW

**FILED**

OCT 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    10/17/06
U.S. Judge or U.S. Magistrate Judge    Date